EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | |

| New York State Division of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Greggory Morris | (201) 435-6397 | 9/5/1946 |

| Street Address | City, State and ZIP Code |
|---|---|
| 176 Fairview Avenue, Apt. 2 | Jersey City, NJ 07304 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| City University of New York—(Hunter College) | 1000+ | (212) 772-4000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 695 Park Avenue | New York, NY 10065 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Andrew Polsky (Dean of College); Shanti Thakur (Former Dept. Ch.) | | (212) 772-4000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 695 Park Avenue | New York, NY 10065 |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☒ COLOR  ☒ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify) **Association with Black Students**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2010    Latest: July 2020
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I have been a professor for 25 years. I am a tenured Professor at CUNY. From the beginning of my employment, I have opposed unlawful discrimination and retaliation against myself and against black students in my department when others have said they are incapable or tried to push them out. CUNY has retaliated against me for my opposition to discrimination.

I have been falsely accused of "workplace violence" time and time again by CUNY. I participated in an arbitration of a Workplace Violence complaint against me on October 11, 2019, and in that hearing, respondents Thakur and Polsky lied about me. Then in an internal arbitration decision handed down January 8, 2020, I was suspended for six months without pay. Now, as my suspension has ended, CUNY has retaliated against me and is trying to push me out by scheduling me 5 days a week: as anyone in academia knows, this in unheard of for a tenured professor.

A black man being treated as a violent criminal is a familiar racist trope. I have been stereotyped for years as a violent, threatening black male. Thakur said she would not meet with me alone, even after I offered to resolve conflicts. Despite recorded evidence showing that Thakur and Polsky lied about my alleged yelling during our meeting which led to them filing a workplace violence complaint, the arbitrator suspended me anyway, also acting on racist tropes and stereotypes. CUNY has retaliated against me for standing up for myself and opposing these lies, racist allegations, and defamatory statements. But in addition to being racist, these lies are sexist, and rely on the stereotype of black men being violent or threatening to women like Thakur. If I were female, Thakur and Polsky would not have made these false allegations that I am a physical threat. Also, in 2016, John Rose made workplace violence allegations against me based on my use of the word "fatwa" in a blog. Because I am a black male, CUNY stereotyped me as a violent black Muslim male. This is religious discrimination, and CUNY acting on its stereotype of Muslims as violent. CUNY leaders have also made repeated comments to me about my age and inability with technology. I have opposed these comments and intend to keep on working. I also have had to have surgeries and have some physical limitations: CUNY has discriminated against me for my disabilities.

This charge should be deemed to be notice to all of Respondents' affiliates, officers, and the supervisors who interacted with me. These persons acted directly in each other's interests with respect to my employment and aided, abetted, incited, and/or compelled one another's acts. I am filing this charge individually and on behalf of all persons similarly-situated. Based on information and belief, Respondents have engaged in a pattern and practice of discriminatory and/or retaliatory conduct. This description is a summary of the events highlighting several key points, and I reserve the right to add to or amend my allegations at a later time, including in litigation. What is stated herein is part of an ongoing, continual, and inter-related pattern and series of discriminatory, harassing, hostile-environment, and retaliatory acts. I am filing this charge without prejudice to any rights I may have under any other laws.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 8/3/20 *Date*    *Gregory W. Morris — Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |