Temporary_Pro_Se_Filing@nysd.uscourts.gov

Greggory W. Morris

*Greggoy W. Morris, Nov 25, 2020*

176 Fairview Avenue, Apartment 2, Jersey City, NJ 07304
201-320-2278-cell
gregghc@comcast.net


Case 1:20-cv-09632-UA Document 1
Filed 11/11/20
Amending Complaint November 23, 2020

**Admending**

– Amending VI. RELIEF, Page 6 of my case 1:20-cv-09632-UA Document 1 *direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here).* The amendment should read, "I was unfairly suspended 6 months without pay. I am asking for $43,169.40, that's gross pay for 6 months salary."

**Attachment 2**

Page 5, paragraph 1: Regarding the statement, *Other professors, such as Professor Bernard Stein, have taught this class as a journalism class. His syllabus is attached,* was inadvertently left off. To amend, I've attached ProfessorBernardSteinMedia386syllabus2014.pdf

Page 5 paragraph 3 Regarding the statement, *I've attached email correspondence with Galia Galansky, February 5, 2018. I thought it was an accurate clarification of comments at the meeting with Shanti Shakur and Dean Polsky,* the attachment was inadvertently left off.  To amend, I've attached GaliaGalanskyFebruary5,2018.pdf