**Subject:** RE: Following Up the January 26 Hearing

**Date:** Monday, February 5, 2018 at 12:00:38 PM Eastern Standard Time

**From:** Galia Galansky

**To:** Greggory w Morris

**CC:** Howard Prince

Hello Professor Morris,
I am in receipt of your email.
Thank you,
Galia Galansky


Galia Galansky
Executive Dir. Of Human Resources
Office of Human Resources
Hunter College
695 Park Avenue, E1507
New York, NY  10065
T: 212 772-4511
F: 212 772-4329
http://hr.hunter.cuny.edu


-----Original Message-----
From: Greggory w Morris
Sent: Monday, February 05, 2018 11:47 AM
To: Galia Galansky
Cc: Howard Prince <hprince@pscmail.org>
Subject: Following Up the January 26 Hearing

Galia Galansky
Executive Dir. Of Human Resources
Office of Human Resources

Hi,

I am writing to address an inaccurate statement that I made at the Friday, January 26 meeting. I responded to questions by trying to recall what I thought was in my detailed account of the December 4 meeting with Acting Chair Shanti K. Thakur and Dean Andrew Polsky. I showed up at the January 26 meeting without having reviewed that accounting of the December 4 meeting with them. I didn't know, of course, that Thakur and Polsky were the complainants for the incident report.

The following is based on my review of my detailed account of the December 4 meeting. The discussion about the alleged threat occurred in the latter part of that meeting and not at the earlier part as I had said December 26, regarding the acting chair's comment, "You're saying, I'm going to find out in three weeks. Is that a threat? Is that a threat? Gregg?"

I thought what she said was incredulous, and I responded quickly, asking the Dean, "Is that a threat? Did that sound like a threat to you?" He responded it could be interpreted that way (I was surprised he said that) and I told both of them, reluctantly, that I was planning to file a complaint, the filing of the complaint to take place in three weeks. There was a brief exchange between me and the Dean about the complaint and the Dean subsequently said, "Okay, that's your life," referring to my plan to file the complaint. The Dean also said that I had the right to "file a complaint."

Before the acting chair's comment about what she considered a threat, I had described several incidents of harassment regarding colleagues and staff in the department, and the acting chair and I agreed that she was not involved in those incidents. It was after that agreement that she raised this issue of an alleged threat.

In the waning minutes of the meeting, just before the Dean said that the meeting was over for me, that he wanted to talk to the acting chair alone, that they had other matters to discuss, he said to me, regarding my accounts of being harassed and my filing a complaint, "None of us has anything to do with that, you still have all of your legal rights and being respective to your rights, that you feel they've been violated. One does not preclude the other."

Best,

Gregg Morris
Assistant Professor
Film/Media