Media Ethics, MED 386
Spring, 2014, Thursday, 10:10 a.m.-1 p.m. Room 506 Hunter North
Prof. Bernard L. Stein
Office: 525 Hunter North
E-mail bstein@hunter.cuny.edu
Phone: home, 718-549-2389; office, 212-772-4846
Office hours: Tuesday, Wednesday and Thursday, 8:30-9:30 a.m. and by appointment

This class is about the choices journalists make in order to gather the facts and about the choices they make to tell the story. Using case studies, readings and movies, we'll discuss and debate the challenges reporters, editors and producers face—whether they're professional or amateur, on-air, on-line or in print. We'll ask whether and how news can be objective or fair or balanced, weigh the relative value of being complete and being first, ask to whom the media should be responsible and consider whether and how the new media landscape shaped by the World Wide Web changes the responsibility of journalists.

Students will leave this class with an understanding of the rights of journalists and bloggers and of the pitfalls they may face in exercising those rights. They will ask "Is what I have the right to do what is right to do?" and will challenge themselves and one another as they grapple with some of the ethical dilemmas journalists and media institutions face.

**Required Texts:**
Janet Malcom, *The Journalist and the Murderer*, New York, Random House, 1990, ISBN 0-679-73183-0, $15. You can find it at the Hunter bookstore and Shakespeare and at amazon.com, all of which may have used copies. You can also download the original New Yorker article for $5.99 (free to subscribers) at http://archives.newyorker.com/?i=1989-03-13#folio=072

**Columbia Case Studies**
https://casestudies.jrn.columbia.edu/casestudy/www/casestudy_collection.asp

- The Facebook Conundrum: The New Haven Independent and the Annie Le Murder CSJ-10-0030.0 Free
- Frontline's "The Last Abortion Clinic": What's Fair in a Video World? CSJ-08-0005.0 Free
- New England Cable News and the Terry Glenn Story, CSJ-08-0004.0 $5.95
- Terror or Accident? Newsday and the Crash of American Airlines Flight 587, CSJ-09-0013.0, $5.95
- Public Death, Private Life: Army Major Alan Rogers and the Washington Post, CSJ-09-0016.0 $5.95

**Other reading:** On the Web or posted on Blackboard in Course Documents.

**Class participation:** We learn from one another. Together we will explore ideas and critique one another's work. Your active participation is essential, and will be considered in grading.

**Honesty:** Reporters who make up sources, quotes or descriptions or who plagiarize the work of others are fired. Students who make up sources, quotes or descriptions or plagiarize the work of others (including lifting from the internet) fail.

**Deadlines:** Deadlines are in this syllabus, along with word counts for each assignment. I will not accept a late assignment; it will be graded as 0. If you are ill, I expect an e-mail as soon as you know you will be missing class.

**Professional behavior:** Arrive on time. Turn off cell phones. If you bring a computer, use it for class work only. If you are found checking your texts or e-mail or browsing the Web for pages unrelated to class, I will count the class as an unexcused absence.

**Attendance.** If you miss the roll call at the beginning of class, send an email to let me know. Otherwise, you'll be marked as absent instead of late.

**Grading:.** No one who does the work will fail. You'll be graded according to the CUNY point system: A+ 97.5-100; A 92.5-97.4; A- 90-92.4 ; B+ 87.5-89.9; B 82.5-87.4; B- 80-82.4; C+ 77.5-82.4; C 70-77.4; D 60-69.9; F 0-59.9; CR 70-100; NC 0-69.9.

- Each post on the Discussion Board is worth up to 10 points
- Class participation up to 15 points
- Midterm up to 15 points
- Final up to 30 points

Your grade will also be lowered if:

You have too many unexcused absences or are persistently late. *If you miss four or more classes you will fail. Your final grade will be lowered two full grades if you miss three classes; one full grade for two unexcused absences. Two unexcused latenesses will count as an unexcused absence.*

The Hunter College Senate has passed the following statements, and requires their inclusion in all syllabi:

Academic dishonesty. "Hunter College regards acts of academic dishonesty, e.g. plagiarism, cheating on examinations, obtaining unfair advantage, and falsification of records and official documents) as serious offenses against the values of intellectual honesty. The College is committed to enforcing the CUNY Policy on Academic Integrity and will pursue cases of academic dishonesty according to the Hunter College Academic Integrity Procedures."

Students in need of special academic assistance: Hunter College is committed to ensuring educational parity and accommodations for all students with documented disabilities and/or medical conditions. Students with documented emotional, medical, physical or learning disabilities may consult the Office of AccessABILITY located in Room E1124 to secure necessary academic accommodations. For further information and assistance, call (212-772-4857)/TTY (212- 650- 3230).

Assignments

**1. Jan. 30.** Introduction.

2. For Feb. 6 Read:
- "Heed Their Rising Voices" in Times v Sullivan folder in Course Documents
- Anthony Lewis, High Court Curbs Public Officials in Libel Actions *The New York Times,* March 10, 1964, in Times v Sullivan folder in Course Documents or via Hunter Library/Databases/New York Times, Historical or from nytimes.com.

**Feb. 6. Is there a right to be wrong?** Discuss readings. Watch "Absence of Malice"

By noon Monday, Feb. 10, post a 200-word response to "Absence of Malice" in Class Sessions that answers *one* of the following questions:
- Is Megan Carter a good reporter? Explain.
- Why did the head of the federal strike force leave Carter alone to read the file?
- If you were in Carter's position, would you have read the file on the Justice Dept. lawyer's desk after he left the room? Explain.

For Feb. 13 Read:
- Anna Quindlen, The New York Times, Hers, April 10, 1986
- The New York Times, Is Glenn Greenwald the Future of News
- Arthur Brisbane, The New York Times, Should The Times Be a Truth Vigilante?
- Margaret Sullivan, The New York Times, When Reporters Get Personal

**3. Feb. 13. Objectivity and its critics** Discuss readings and "Absence of Malice."

**Feb. 20. No class.** (Classes follow Monday schedule.)

4. For Feb. 27. Read: The Facebook Conundrum: The New Haven *Independent* and the Annie Le Murder *CSJ-10-0030.0*

**4. Feb. 27. Playing fair with sources**. Discuss The Facebook Conundrum

5. For March 6 Read: The Journalist and the Murderer, Part 1.

By noon Monday, March 3, post a 200-word response in Class Sessions to the first sentence of Malcolm's essay on the Blackboard Discussion Board. Is she correct when she asserts that "what [the journalist] does is morally indefensible?" To make your case, use examples from class readings and your experience as a consumer of news.

**5. March 6. Playing fair with sources.** Discuss The Journalist and the Murderer

6. For March 13 Read: The Washington Post, The Watergate Story, Parts 1, 2, and 3, a compilation of coverage and documents. Use the hyperlinks to read the stories that brought down a president.

**6. March 13. Anonymous sources.** Watch "All the President's Men."

Find an article published during the last seven days that employs unnamed sources. By noon, Monday March 17, post a link to the article both in Class Sessions and on the Blackboard Discussion Board and write a 200-word post that discusses whether the article is credible and whether the use of unnamed sources is justified. Be prepared to describe the article and discuss your conclusions in class.

7. For March 20 Read:
- Bernard L. Stein, News next, Shh! It's a secret
- Murray Fromson, The New York Times, Dec. 11, 2006, Name That Source
- Review and augment readings in The Washington Post, The Watergate Story.
- Your classmates' posts on the Discussion Board

**7. March 20. Anonymous sources, continued.** Discuss readings.

8. For March 27 Is aggregation theft? and midterm exam. Review your notes and readings to prepare for the midterm. Read:
- New York Times Magazine, Feb. 16, 2012 How Companies Learn Your Secrets
- Forbes.com, Feb. 16, 2012 How Target Figured Out A Teen Girl Was Pregnant Before Her Father Did
- Nick O'Neill, How Forbes Stole A New York Times Article And Got All The Traffic
- Gigaom.com, Are aggregation and curation journalism?

**8. March 27. Midterm exam + Is aggregation theft?**

9. For April 4 Read: New England Cable News and the Terry Glenn Story, CSJ-08-0004.0

**9. April 4. Fairness to the subject.** Discuss case study.

10. For April 11 Read: *Frontline*'s "The Last Abortion Clinic": What's Fair in a Video World? *CSJ-08-0005.0*

**10. April 11 Fairness to the subject, continued.** Discuss case study. Watch "The Last Abortion Clinic"

**April 17. Spring recess. Enjoy the break.**

11. For April 24 Read: Terror or Accident? *Newsday* and the Crash of American Airlines Flight 587, *CSJ-09-0013.0*

**11. April 24 Decision on deadline.** Discuss case study.

12. For May 1 Read:
- Overview of the cartoon controversy, Blackboard/course documents/Religion and freedom of expression
- The Muhammed cartoons, Blackboard/course documents/Religion and freedom of expression
- Flemming Rose, *The Washington Post*, Why I Published Those Cartoons
- *Rocky Mountain News*, A world of controversy
- *The New York Times*, Those Danish Cartoons
- Paul Greenberg, *Arkansas Democrat-Gazette*, Dear I Dare You
- Tim Rutten, *Los Angeles Times*, Let's be honest about cartoons
- *The Riverdale Press*, The tyrant and his chains, Blackboard/course documents/Religion and freedom of expression
- *The Riverdale Press*, Why Rushdie matters

**12. May 1 Religion and free expression** Discuss readings

You're a reporter for the Hunter Envoy. You've covered a Take Back the Night Rally at which a rape victim speaks. She identifies herself by name, but says she is going to change some dates and places to protect herself. When you write the story, do you use her name? Post your 200-word explanation of your decision both in Class Sessions and on the Discussion Board by noon, Monday, May 5.

13. For May 8, Read:
- *The New York Times*, April 17, 1991, Woman in Florida Rape Inquiry Fought Adversity and Sought Acceptance
- *The New York Times*, April 17, 1991, On Names in Rape Cases
- *The New York Times*, April 18, 1991, News Media's Use of Accuser's Name Is Debated
- Roy Black, *Salon*, Why we should protect those accused of rape
- *The New York Post*, Kelly accuser's memory of 'rape' but not of sex killed her case: sources
- Geneva Overholser, *The New York Times*, July 1, 1989, Why Hide Rapes?
- Geneva Overholser, Name the Accuser and the Accused
- Your classmates' posts on the Discussion Board

**13. May 8. Naming names.** Discuss readings.

14. For May 15 Read: Public Death, Private Life: Army Major Alan Rogers and the *Washington Post, CSJ-09-0016.0.* Review your notes and readings to prepare for the final exam.

**14. May 15.  Race, ethnicity and sexual orientation. Final exam**

Discuss case study and take final.