AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Greggory W. Morris, | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   20-cv-09632-CM |
| Hunter College and City University of New York, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date:       01/15/2021

/s/ Shani J. Walker, Esq.
*Attorney's signature*

Shani J. Walker, Esq. (5572045)
*Printed name and bar number*

Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 200
Garden City, New York 11530

*Address*

SJW@employmentlawyernewyork.com
*E-mail address*

(516) 248-5550
*Telephone number*

(516) 248-6027
*FAX number*