AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| Greggory W. Morris, | ) |
| | ) |
| | )   Case No.    20-cv-09632-CM |
| Hunter College and City University of New York, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                          .

Date:        01/15/2021

/s/ Alexander T. Coleman, Esq.
*Attorney's signature*

Alexander T. Coleman, Esq. (AC 1717)
*Printed name and bar number*

Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 200
Garden City, New York 11530

*Address*

ATC@employmentlawyernewyork.com
*E-mail address*

(516) 248-5550
*Telephone number*

(516) 248-6027
*FAX number*