UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGGORY W. MORRIS,

                      Plaintiff,

        -against-

HUNTER COLLEGE, and the CITY UNIVERSITY
OF NEW YORK,

                    Defendants.

**Docket No.:  20-CV-9632 (VSB)**

**NOTICE OF VOLUNTARY DISMISSAL *WITHOUT* PREJUDICE**

Plaintiff, GREGGORY W. MORRIS, by and through his counsel, Borrelli & Associates, P.L.L.C., hereby voluntarily dismisses this action ***without*** prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: Garden City, New York
       March 9, 2021

                    Respectfully submitted,

                    BORRELLI & ASSOCIATES, P.L.L.C.
                    *Attorneys for Plaintiff*
                    910 Franklin Avenue, Suite 200
                    Garden City, New York 11530
                    Tel. (516) 248-5550
                    Fax. (516) 248-6027

      By:                            
                    SHANI J. WALKER, ESQ. (5572045)
                    ALEXANDER T. COLEMAN, ESQ. (AC 1717)
                    MICHAEL J. BORRELLI, ESQ. (MB 8533)